# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **RICHARD HARDOWIN,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | No. 3:24-CV-00403-LS |
| § | |
| **COMMISSIONER OF THE SOCIAL** § | |
| **SECURITY ADMINISTRATION,** § | |
| § | |
| *Defendant*. § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Miguel A. Torres's Report and Recommendation (the "R&R"), filed in this case,[1] which recommends reversing and remanding this case pursuant to the fourth sentence of 42 U.S.C. § 405(g) and entering final judgment.

Any party who desires to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days after being served with a copy of the findings and recommendations.[2] All parties received copies of the R&R when it was filed on May 12, 2025, and the time to object has passed. Because no party has objected to the Magistrate Judge's findings or recommendations, the Court reviews the R&R for clear error.[3]

After such review, the Court finds that the R&R is neither clearly erroneous nor contrary to law. Therefore, the Court adopts the R&R. It reverses and remands his cause for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. §405(g) and enters final

---

[1] ECF No. 18.
[2] Fed. R. Civ. P. 72(b)(2).
[3] *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which an objection is made.").

judgment in this matter. All pending motions in this case are denied as moot. The Clerk shall close this case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on June 3, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**